### ANNA L. SMITH *v.* RICHARD F. SMITH (10222)

DUPONT, C. J., NORCOTT and FOTI, Js.

Argued December 13, 1991—decision released January 7, 1992

*Gerald A. Roisman,* with whom, on the brief, was *Jody M. Kelly,* for the appellant (defendant).

*J. Patrick Dwyer,* with whom, on the brief, was *Timothy Fitzgerald,* for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.